```
DANIEL J. BRODERICK, #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RON SEAN ARTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr. S. 07-00020-GEB |
| | )      Cr. S. 01-00417-GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND PROPOSED ORDER TO |
| v. | ) CONTINUE MOTIONS BRIEFING |
| | ) SCHEDULE AND NON-EVIDENTIARY |
| RON SEAN ARTER, | ) HEARING; [proposed] ORDER |
| | ) |
| Defendant. | ) Date: January 18, 2008 |
| | ) Time: 9:00 a.m. |
| _____ | ) Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through CAMIL SKIPPER, Assistant U.S. Attorney, and defendant, RON ARTER, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender that the non-evidentiary hearing previously set for December 14, 2007 in both above-numbered cases be continued to January 18, 2008, and that time continue to be excluded for preparation of defense counsel in Cr. S. 07-0020-GEB until the filing of motions.

This continuance is being requested because defense counsel needs

1  additional time to prepare motions and investigate the case.  The
2  parties propose the following motions briefing schedule:
3       Defense motions due December 7, 2007
4       Government opposition due January 4, 2008
5       Defense reply due January 11, 2008
6       Non-Evidentiary Hearing on January 18, 2008
7       For this reason, the parties agree that the ends of justice to be
8  served by a continuance outweigh the best interests of the public and
9  the defendant in a speedy trial and that time under the Speedy Trial
10 Act in case number Cr. S. 07-0020-GEB may be excluded from the date of
11 this order through the date motions are filed pursuant to 18 U.S.C.
12 § 3161(h)(8)(iv)(Local Code T4), and thereafter for the pendency of
13 motions pursuant to 18 U.S.C. § 3161(h)(1)(F)(Local Code E).

                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED:   October 26, 2007               /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant


                                        McGREGOR SCOTT
                                        United States Attorney


DATED:   October 26, 2007               /s/ RACHELLE BARBOUR for
                                        CAMIL SKIPPER
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


Stipulation and Order - Arter      -2-

1  <u>United States v. Arter</u>, Cr. S. 07-00020-GEB and Cr. S. 01-00417-GEB

**O R D E R**

**IT IS SO ORDERED.** The previously set non-evidentiary hearing is continued to January 18, 2008.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 until the filing of defense motions, and thereafter for the pendency of motions pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E.  The briefing schedule suggested by the parties is adopted.  Both cases are continued to January 18, 2008.

Dated: October 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order - Arter      -3-