BETTY J. WILLIAMS, SBN 224793
Mopsick & Williams, LLP
3600 American River Drive, Suite 220
Sacramento, California 95864
Telephone:  (916) 488-8501
Facsimile:  (916) 488-8196

Attorney for Defendant William Camblin

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:07-CR-00064-GEB |
| | ) |
| Plaintiff, | ) STIPULATION BETWEEN THE |
| | ) UNITED STATES AND DEFENDANT |
| v. | ) WILLIAM CAMBLIN, and [Proposed] |
| | ) ORDER |
| WILLIAM CAMBLIN | ) |
| | ) |
| Defendant. | ) |
| | ) |

It is stipulated by and between the undersigned parties, by their respective attorneys, as follows:

1. The Court has jurisdiction over the subject matter of this action and over each of the parties hereto, and venue of this action is proper in the United States District Court for the Eastern District of California.

2. The parties stipulate that a Judgment was entered in this case on June 15, 2007 in which the Defendant was ordered to pay restitution to the IRS in the amount of $322,817.

3. The Defendant has paid $1,181,315 to the IRS, which includes restitution in the amount of $322,817.

STIPULATION                                              -1-

4.     The Plaintiff is satisfied that $322,817 in restitution to the IRS has been satisfied.

Dated this 25th day of October, 2007.                    Dated this 25th day of October, 2007.

BETTY J. WILLIAMS                                                         MATTHEW D. SEGAL
Attorney for the Defendant                                              Assistant U.S. Attorney

/s/-Betty J. Williams                                                            /s/-Matthew D. Segal

BETTY J. WILLIAMS                                                         MATTHEW D. SEGAL
Mopsick & Williams, LLP                                                Assistant U.S. Attorney
3600 American River Drive, Suite 220                         501 I Street, Suite 10-100
Sacramento, California 95864                                        Sacramento, California 95814
Telephone:  (916) 488-8501                                           Telephone: (916) 554-2708
Facsimile:  (916) 488-8196

IT IS SO ORDERED.

Dated:  October 30, 2007

```
GARLAND E. BURRELL, JR.
United States District Judge
```

STIPULATION                                              -2-