UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                RE:    William CAMBLIN
                          Docket Number: 2:07CR00064-01
                          Offense:  31 USC 5324(a)(3) - STRUCTURING FINANCIAL TRANSACTIONS
                          Date of Sentence:  06/15/2007
                          <u>ADMINISTRATIVE STATUS REQUEST/ORDER</u>

Your Honor:

The United States Probation Office proposes to assign the above-named probationer to the Administrative Caseload program previously approved by this Court.

By submission of this proposal, the probation officer certifies that the probationer:

1) has demonstrated consistent satisfactory compliance with the general and special conditions of probation;

2) has exhibited no evidence of drug or alcohol dependence or mental health problems for the last 12 months;

3) has adequate legitimate income to support self and legal dependents;

4) does not pose a reasonably foreseeable danger to any person or the community;

5) has not been convicted of a crime of violence, drug distribution, or otherwise notorious crime; and

6) is not in need of correctional treatment services of the United States Probation Office.

Unless Your Honor directs otherwise, this probationer will be required to report only by mail for the remainder of the term of probation, unless direct supervision is reinstated for cause.

**RE:    William CAMBLIN**
**Docket Number:  2:07CR00064-01**
**ADMINISTRATIVE STATUS REQUEST/ORDER**

This proposed assignment will become effective two weeks from the date of this memorandum, unless Your Honor directs otherwise.  The probation officer is available to discuss this matter if Your Honor desires additional information.

                              Respectfully submitted,

                              /s/ Michael A. Sipe

                              **MICHAEL A. SIPE**
                              **Senior United States Probation Officer**

**DATED**:      December 21, 2009
              Roseville, California
              MAS:jc

**REVIEWED BY**:      /s/ Terence E. Sherbondy
                     **TERENCE E. SHERBONDY**
                     **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved:      X                    Disapproved:  _____

**Dated:  December 22, 2009**

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
                              **United States District Judge**

cc:    Matthew Segal
       Assistant United States Attorney

       Betty J. Williams
       Defense Counsel (Retained)